LEONARDO M. RAPADAS
United States Attorney
ERIC S. O'MALLEY
Assistant U.S. Attorney
DISTRICTS OF GUAM AND
THE NORTHERN MARIANA ISLANDS
TEL: (670) 236-2980
FAX: (670) 236-2985

Attorneys for the United States of America

FILED
Clerk
District Court

JAN 28 2008

For The Northern Mariana Islands
By_____
         (Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. CR 08-00006 |
| Plaintiff, ) | |
| vs. ) | PETITION FOR REMOVAL |
| DING ZHENGXING, ) | |
|     a.k.a. Zhengxing Ding ) | |
| SU YANG, ) | |
|     a.k.a. Yang Su, ) | |
| Defendants. ) | |

The government petitions this Court to transfer Defendants to the Western District of Texas pursuant to the provisions of Rule 5 of the Federal Rules of Criminal Procedure. In support of this petition, the government asks the Court to conduct a hearing under Rule 5 to determine whether the persons arrested in this matter are the same persons named in Indictment No. EP 07 CR 3289 from the Western District of Texas.

LEONARDO M. RAPADAS
United States Attorney

Dated: January 28, 2008        By: _____
                                   ERIC S. O'MALLEY
                                   Assistant United States Attorney
                                   District of the Northern Mariana Islands