◈AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__Western__ District of __Texas__

UNITED STATES OF AMERICA

V.

SU YANG
a.k.a. Yang Su

## WARRANT FOR ARREST

Case Number: EP-07-CR-3289-FM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __SU YANG__
                                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with    (brief description of offense)
Ct. 1 - Conspiracy to illegally export defense articles.

Ct. 2 - Aiding and Abetting the illegal export of defense articles.

.

in violation of Title __18;22__    United States Code, Section(s) __371;2778;2278__

| WILLIAM G. PUTNICKI | _(signature)_ |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U.S. District Court | 12/26/2007       El Paso, TX |
| Title of Issuing Officer | Date       Location |

A true copy of the original, I certify.
Clerk, U. S. District Court

By _(signature)_ Deputy

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

_Aquarius Hotel, Saipan_

| DATE RECEIVED<br>1-26-2008 | NAME AND TITLE OF ARRESTING OFFICER<br>N. Miller<br>Senior Special Agent, I.C.E. | SIGNATURE OF ARRESTING OFFICER<br>_(signature)_ |
|---|---|---|
| DATE OF ARREST<br>1-26-2008 | | |

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Texas_____

UNITED STATES OF AMERICA

V.

DING ZHENGXING
a.k.a. Zhengxing Ding
a.k.a. Ding Zhenhxing

**WARRANT FOR ARREST**

Case Number: EP-07-CR-3289-FM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DING ZHENGXING
                                      Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment   [ ] Information   [ ] Complaint   [ ] Order of court   [ ] Probation Violation Petition   [ ] Supervised Release Violation Petition   [ ] Violation Notice

charging him or her with   (brief description of offense)
Ct. 1 - Conspiracy to illegally export defense articles.

Ct. 2 - Aiding and Abetting the illegal export of defense articles.

in violation of Title  18;22  United States Code, Section(s)  371;2778;2278

| WILLIAM G. PUTNICKI | [signature] |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Clerk, U.S. District Court | 12/26/2007                El Paso, TX |
| Title of Issuing Officer | Date                      Location |

A true copy of the original, I certify.
Clerk, U. S. District Court

By_____ Deputy

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Aquarius Hotel, Saipan

| DATE RECEIVED 1-26-2008 | NAME AND TITLE OF ARRESTING OFFICER N. Miller Senior Special Agent, I.C.E. | SIGNATURE OF ARRESTING OFFICER [signature] |
|---|---|---|
| DATE OF ARREST 1-26-2008 | | |