# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-08-00006-001                                                                                       January 28, 2008
CR-08-00006-002                                                                                       10:00 a.m.

### U. S. A. -v- DING ZHENGXING and SU YANG

PRESENT:    HON. DAVID A. WISEMAN, JUDGE PRESIDING
            MICHELLE C. MACARANAS, COURTROOM DEPUTY
            SANAE , COURT REPORTER
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
            DING ZHENGXING, DEFENDANT
            SU YANG, DEFENDANT

PROCEEDINGS: IDENTITY HEARING

Defendants Ding Zhengxing and Su Yang were present without counsel. Government was represented by Eric O'Malley, AUSA.

AUSA, Eric O'Malley apprised the Court that the case has been ordered unsealed.

Abbey Leung was sworn as interpreter/translator.

Defendants were sworn and examined and advised of the charges filed against them. Defendants were examined as to their understanding of their constitutional rights, their right to trial and their understanding of the proceedings before the court. Court advised them of their rights to a court appointed counsel should they be found indigent.

CR-08-00006-001                    **U. S. A. -v- DING ZHENGXING**

PRESENT:    HON. DAVID A. WISEMAN, JUDGE PRESIDING
            MICHELLE C. MACARANAS, COURTROOM DEPUTY
            SANAE , COURT REPORTER
            ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
            DING ZHENGXING, DEFENDANT
            BRUCE BERLINE, ATTORNEY FOR DEFENDANT

PROCEEDINGS:    IDENTITY HEARING / REMOVAL HEARING

     Court found the defendant indigent and ordered that a CJA Attorney be appointed. Attorney Bruce Berline was appointed and appeared on behalf of defendant Ding Zhengxing.

     Government called Nelson Miller, Senior Agent with Immigration & Customs for El Paso, Texas. Witness was advised by the Court that he is still under oath. DX by AUSA, Eric O'Malley. CX by attorney Hasselback. RDX by AUSA, Eric O'Malley.

     After hearing all arguments Court found that the defendant before the Court is defendant Ding Zhengxing. Court granted government's petition for removal. Court further ordered that the defendant be transferred to the United States District Court for the Western District of Texas El Paso Division.

     Defendant was ordered detained without bail until transferred.

CR-08-00006-002          **U. S. A. -v- SU YANG**

PRESENT:    HON. DAVID A. WISEMAN, JUDGE PRESIDING
               MICHELLE C. MACARANAS, COURTROOM DEPUTY
               SANAE , COURT REPORTER
               ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
               SU YANG, DEFENDANT
               GEORGE HASSELBACK, ATTORNEY FOR DEFENDANT

PROCEEDINGS:     IDENTITY HEARING / REMOVAL HEARING

     Court found the defendant indigent and ordered that a CJA Attorney be appointed. Attorney George Hasselback was appointed and appeared on behalf of defendant Su Yang.

     Government called Nelson Miller, Senior Agent with Immigration & Customs for El Paso, Texas. Witness was advised by the Court that he is still under oath. DX by AUSA, Eric O'Malley. CX by attorney Hasselback.

     After hearing all arguments Court found that the defendant before the Court is defendant Su Yang. Court granted government's petition for removal. Court further ordered that the defendant be transferred to the United States District Court for the Western District of Texas El Paso Division.

     Defendant was ordered detained without bail until transferred.

     Court ordered the defendants be remanded into the custody of the U.S. Marshal.

                     Adj. at 10:50 a.m.

                     /s/ Michelle C. Macaranas, Courtroom Deputy